AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

NORTHERN     DISTRICT OF     CALIFORNIA

**FILED**

JUN 13 2017

CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES OF AMERICA

V.

MENDEZ, Jose Wilfredo

## CRIMINAL COMPLAINT

# 17-70809    MAG

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On a date unknown but no later than, __February 24, 2014__ , in __Santa Clara County__ in the _____Northern_____ District of _____California_____ defendant(s) was,

Found in and unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security

in violation of Title _____8_____ United States Code, Section(s) _____1326_____
I further state that I am a(n) ____Deportation Officer____ and that this complaint is based on the following
<div style="text-align:center;font-size:small">Official Title</div>

facts:

<div style="text-align:center">SEE ATTACHED AFFIDAVIT</div>

MAXIMUM PENALTIES:  up to 20 years imprisonment, $250,000.00 fine, 3 year TSR, $100 SAF

REQUESTED PROCESS/BAIL:  No bail warrant (government will request detention).

APPROVED AS TO FORM: _____ (SAUSA VIEIRA)
<div style="text-align:center">ASSISTANT UNITED STATES ATTORNEY</div>

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6/13/17
Date

at    San Jose, California
City and State

HOWARD R. LLOYD
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

DOCUMENT NO.   CRA's INITIALS

DISTRICT COURT
CRIMINAL CASE

AFFIDAVIT OF KEITH D. HOLT

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been so employed since April 08, 2012. I am currently assigned to the Violent Criminal Alien Section (VCAS) of the San Jose Sub-Office. This Affidavit is made in support of a Criminal Complaint charging that MENDEZ, Jose Wilfredo, was found in and unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. I have reviewed official records relating to the above named individual, which attests to the following:

(1)    Mr. MENDEZ is a 51-year-old male who has used thirteen (13) aliases in the past and four (4) dates of birth.

(2)    Mr. MENDEZ has been assigned one (1) Alien Registration number of A 073 878 150, FBI number of 87910HA2, and California Criminal Information Index number of CA08457638.

(3)    Mr. MENDEZ is a native of El Salvador and a citizen of El Salvador since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|------|----------------------|
| October 17, 1997 | Calexico, California |

(4)    Mr. MENDEZ last entered the United States at or near an unknown place on or after October 17, 1997, by crossing the international border without inspection subsequent to deportation.

(5)    Mr. MENDEZ was, on March 04, 1994, convicted in the Superior Court of California, in and for the County of Los Angeles, for the offense of ROBBERY: SECOND DEGREE, a felony, in violation of Section 211 of the California Penal Code, and was sentenced to one (1) year confinement.

(6)    Mr. MENDEZ was, on August 22, 1994, convicted in the Superior Court of California, in and for the County of Los Angeles, for the offense of POSSESSION OF A NARCOTIC, a felony, in violation of Section 11350(A) of the California Health and Safety Code, and was sentenced to thirty two (32) months confinement.

MENDEZ, Jose Wilfredo                                                    A 073 878 150

(7)    Mr. MENDEZ was, on August 01, 2014, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of ASSAULT WITH A DEADLY WEAPON, a felony, in violation of Section 245(A)(4) of the California Penal Code, and was sentenced to one (1) year confinement.

(8)    Mr. MENDEZ has suffered other convictions not enumerated in this affidavit.

(9)    Mr. MENDEZ, on or about February 24, 2014, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, Section 1326.

(10)   On February 24, 2014, Mr. MENDEZ's fingerprints were taken as part of the standard booking procedures. The fingerprints were electronically submitted to CAL DOJ, NCIC/NGI and DHS/ICE databases. Upon review of database information, it was determined that the fingerprints were associated with Mr. MENDEZ's alien file, number A 073 878 150.

(11)   On the basis of the above information, there is probable cause to believe that Mr. MENDEZ illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Keith D. Holt
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this

13 day of _____June_____, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge